**Order entered March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00978-CR**
**No. 05-13-00979-CR**

**ROY CURTIS STUART, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-52718-Y, F13-52719-Y**

## ORDER

On February 18, 2014, this Court ordered the Dallas County District Clerk to file the clerk's records in these appeals within fifteen days. To date, we have not received the clerk's records, nor have we received any correspondence from the District Clerk regarding the status of the clerk's records.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE